1 | PHILLIP A. TALBERT
United States Attorney
2 | OWEN ROTH
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

JUL - 7 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Attorneys for Plaintiff
United States of America

**REDACTED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR CELLULAR TELEPHONE ASSIGNED THE FOLLOWING CALL NUMBERS:<br><br>████94<br>████89<br>████01<br>████80<br>████21<br>████54 | CASE NO. 2:17-SW-600 KJN<br><br>[~~PROPOSED~~] SEALING ORDER<br><br>**UNDER SEAL** |

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: July 7, 2017

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

SEALING ORDER                                    1